## First Department, February, 1940.
### (February 2, 1940.)

The People of the State of New York ex rel. Second Avenue Railroad Corporation, Respondent, v. William Stanley Miller and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Arbitration between Spence Bryson & Co., Ltd., Respondent, and Samara Bros., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

A. Broido, Inc., Respondent, v. The Flintkote Company, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Bernice Pemberton, Respondent, v. New York City Omnibus Corporation, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of David Friedman, Individually and as President of the Typewriter-Bookkeeper Grade 3 Ass'n and for the Members Thereof Similarly Situated, Petitioner, Appellant, for an Order against Paul J. Kern, President, and Others, Commissioners, Constituting the Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [172 Misc. 1059. See *post*, p. 1053.]

The People of the State of New York, Respondent, v. John Peters, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

Benjamin F. Witbeck, Respondent, v. Samuel French, Inc., and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Construction of the Will of Henry Evans, Deceased.— Decree dated April 25, 1928, so far as appealed from, and decree in construction proceeding, entered February 3, 1938, so far as appealed from, unanimously affirmed, with costs to the respective respondents on said appeals payable out of the estate. Decree in accounting proceeding, entered February 3, 1938, so far as appealed from, unanimously modified by providing that commissions earned by Ernest Sturm in his lifetime, as trustee of Henry Evans, deceased, be fixed by the surrogate and paid, and, as so modified, affirmed, with costs to the respondents payable out of the estate. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Cohn and Callahan, JJ. [See *ante*, p. 870; 165 Misc. 752.]

The People of the State of New York, Respondent, v. Harry Cohen, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.